# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00091-CR

**Lee J. Chernoff, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 06-276-K368, HONORABLE BURT CARNES, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw his notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The motion to issue the mandate is also granted. The motion for additional time to file the reporter's record is dismissed.

The appeal is dismissed.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   July 26, 2007

Do Not Publish